# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# OXFORD DIVISION

**HYDROCO, INC.**                                                                                                                      **PLAINTIFF**

**V.**                                       **NO. 3:21-CV-75-DMB-RP**

**LAURA STADLER (KORONCZOK)**
**and GTB, LLC**                                                                         **DEFENDANTS**

## ORDER

Because this Court was advised that the parties reached a settlement in this case, the pending motion for summary judgment [54] is **DENIED as moot**.

**SO ORDERED**, this 8th day of August, 2022.

                                                      /s/Debra M. Brown
                                                      **UNITED STATES DISTRICT JUDGE**